IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES E. RUCKER III, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-04-2308 |
| SUN DRILLING PRODUCTS CORPORATION, | § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Sun Drilling Products Corporation's Motion for Summary Judgment (Document No. 11) is GRANTED, and Plaintiff James E. Rucker III's suit is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 7th day of October, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE